| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial) Ambro, Thomas L. | 2. Court or Organization U.S. Court of Appeals, 3rd Cir | 3. Date of Report 05/10/2012 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |
| 7. Chambers or Office Address Federal Courthouse 844 King Street, Lock Box 32 Wilmington, DE 19801 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Trustee | Thomas L. Ambro Revocable Trust |
| 2. | Member (Emeritus) | Georgetown University Alumni Admissions Program Board of Advisors |
| 3. | Member | Executive Committee, Richard S. Rodney Inn of Court |
| 4. | Member | Georgetown University Northern Delaware Alumni Admissions Program |
| 5. | Member | Board of Editors, Delaware Lawyer |
| 6. | Member | Board of Editors, Delaware Law Review |
| 7. | Member | Board of Trustees of the American Inns of Court Foundation |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | State of Delaware - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Georgetown University | April 20, 2011 | Washington, DC | Guest Teacher | Transportation |
| 2. | American Inns of Court | April 22, 2011 | Washington, DC | Guest Speaker | Transportation |
| 3. | American Bar Association | May 3, 2011 | New York City, NY | Working Group on Legal Opinions | Transportation |
| 4. | Georgetown University | May 26, 2011 | Washington, DC | Professor Conference | Transportation |
| 5. | American Bar Association | August 5-7, 2011 | Toronto, Canada | Annual Meeting | Transportation, Lodging & Meals |
| 6. | Georgetown University | August 31, 2011 | Washington, DC | Teaching Class | Transportation |
| 7. | Georgetown University | September 12, 2011 | Washington, DC | Teaching Class | Transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2012 |

| | | | | | |
|---|---|---|---|---|---|
| 8. | Georgetown University | September 26, 2011 | Washington, DC | Teaching Class | Transportation |
| 9. | Georgetown University | October 3, 2011 | Washington, DC | Teaching Class | Transportation |
| 10. | Georgetown University | October 17, 2011 | Washington, DC | Teaching Class | Transportation |
| 11. | Georgetown University | October 24, 2011 | Washington, DC | Teaching Class | Transportation |
| 12. | Georgetown University | October 26, 2011 | Washington, DC | Teaching Class | Transportation |
| 13. | Georgetown University | October 31, 2011 | Washington, DC | Teaching Class | Transportation |
| 14. | American Inns of Court | November 5, 2011 | Washington, DC | Celebration of Excellence at Supreme Court | Transportation & Meals |
| 15. | Georgetown University | November 7, 2011 | Washington, DC | Teaching Class | Transportation |
| 16. | Georgetown University | November 14, 2011 | Washington, DC | Teaching Class | Transportation |
| 17. | Georgetown University | November 21, 2011 | Washington, DC | Teaching Class | Transportation |
| 18. | Georgetown University | November 28, 2011 | Washington, DC | Teaching Class | Transportation |
| 19. | Georgetown University | December 4, 2011 | Washington, DC | Teaching Class | Transportation |
| 20. | Georgetown University | December 11-12, 2011 | Washington, DC | Evaluating Class Finals | Transportation & Meals |
| 21. | Georgetown University | December 16, 2011 | Washington, DC | Postponed Final Exams | Transportation |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Commerce Bank N.A., now known as TD Bank N.A. | Partial guarantee of commercial loan to Springside, LLC (Part VII, Line 190) | P1 |
| 2. | Commerce Bank N.A., now known as TD Bank N.A. | Partial guarantee of commercial loan to Springside, LLC (Part VII, Line 190) | P1 |
| 3. | Commerce Bank N.A., now known as TD Bank N.A. | Partial guarantee of commercial loan to Springside, LLC (Part VII, Line 190) | P1 |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wilmington Trust Account | A | Interest | K | T | | | | | |
| 2. Wilmington Trust Account | A | Interest | J | T | | | | | |
| 3. Wilmington Tax Exempt Investor | | None | J | T | | | | | |
| 4. Delaware State Bond 6.1% | | None | | | Sold | 07/01/11 | K | A | |
| 5. Trust Account #6 | D | Dividend | N | T | | | | | |
| 6. - Centerpoint Energy Inc | | | | | | | | | |
| 7. - Harris Assoc Oakmark I | | | | | | | | | |
| 8. - Oppenheimer Limited Term Municipal FD CL C | | | | | | | | | |
| 9. - WF Advantage Municipal Money Market | | | | | | | | | |
| 10. - Susquehanna Bancshares | | | | | Buy | 08/11/11 | J | | |
| 11. - Teva Pharmaceutical ADR | | | | | Buy | 08/15/11 | J | | |
| 12. Trust Account #7 | E | Int./Div. | | | Closed | 10/28/11 | J | | |
| 13. - Fairholme Fund | | | | | Sold (part) | 07/13/11 | L | E | |
| 14. | | | | | Sold | 10/07/11 | L | | |
| 15. - Duke Energy Corp | | | | | Distributed | 06/16/11 | J | | |
| 16. - Microsoft Corp | | | | | Distributed | 06/16/11 | K | | |
| 17. - The Southern Company | | | | | Distributed | 06/16/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - WSFS Financial Corp | | | | | Sold | 03/30/11 | K | E | |
| 19. - Harris Assoc INVT TR Oakmark Equity & Income FD | | | | | Sold | 07/13/11 | L | E | |
| 20. - Harris Assoc INVT TR Oakmark Global Select FD | | | | | Buy (add'l) | 01/31/11 | K | | |
| 21. | | | | | Sold (part) | 07/13/11 | M | E | |
| 22. | | | | | Sold | 10/07/11 | K | | |
| 23. - Nuveen Tradewinds Global All Cap FD | | | | | Sold (part) | 07/13/11 | L | E | |
| 24. | | | | | Sold | 10/07/11 | K | | |
| 25. - Oppenheimer Limited Term Municipal Fund | | | | | Sold (part) | 02/17/11 | K | | |
| 26. | | | | | Buy (add'l) | 07/15/11 | M | | |
| 27. | | | | | Sold | 10/7/11 | M | | |
| 28. - Dodge & Cox FDS Intl FD | | | | | Sold (part) | 01/28/11 | L | A | |
| 29. | | | | | Buy (add'l) | 07/15/11 | K | | |
| 30. | | | | | Sold | 10/07/11 | K | | |
| 31. - Matthews Intl FD Asian Growth & Income FD | | | | | Buy (add'l) | 06/24/11 | J | | |
| 32. | | | | | Sold (part) | 07/13/11 | K | A | |
| 33. | | | | | Sold | 10/07/11 | K | | |
| 34. - Nuveen All American Municipal BD FD Instl | | | | | Sold (part) | 04/05/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 07/15/11 | M | | |
| 36. | | | | | Sold | 10/07/11 | M | C | |
| 37. - WHV International Equity FD CL 1 | | | | | Sold (part) | 07/13/11 | L | A | |
| 38. | | | | | Sold | 10/07/11 | K | | |
| 39. - Vanguard Municipal Bond Fund High Yield | | | | | Sold | 04/6/11 | L | | |
| 40. -Federated Strategic Value Dividend Fund | | | | | Buy | 07/15/11 | K | | |
| 41. | | | | | Sold | 10/7/11 | K | | |
| 42. -Franklin Funds High Yield Tax-Free Inc Fund | | | | | Buy | 07/15/11 | M | | |
| 43. | | | | | Sold | 10/07/11 | M | B | |
| 44. - Natixis FDS TR 1 Oakmark Intl FD | | | | | Buy | 07/15/11 | K | | |
| 45. | | | | | Sold | 10/07/11 | K | | |
| 46. - Nuveen Invt Trust Tradewinds Value Opptys | | | | | Buy | 07/15/11 | K | | |
| 47. | | | | | Sold | 10/07/11 | K | | |
| 48. - Pimco All Asset Fund Inst CL | | | | | Buy | 07/15/11 | K | | |
| 49. | | | | | Sold | 10/07/11 | K | | |
| 50. - Pimco Global Multi-Asset FD | | | | | Buy | 01/07/11 | M | | |
| 51. | | | | | Sold (part) | 07/13/11 | L | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 10/07/11 | K | | |
| 53.  - Thornburg Invt TR Income Builder FD | | | | | Buy | 07/15/11 | L | | |
| 54. | | | | | Sold | 10/07/11 | K | | |
| 55.  IRA Account #1 | D | Dividend | N | T | | | | | |
| 56.  - Oakmark Fund Class I | | | | | | | | | |
| 57.  - Dodge & Cox Intl Stock Fund | | | | | Buy (add'l) | 01/04/11 | J | | |
| 58. | | | | | Sold (part) | 01/28/11 | J | A | |
| 59. | | | | | Buy (add'l) | 07/15/11 | J | | |
| 60.  - Fairholme Fund | | | | | Sold (part) | 07/13/11 | K | D | |
| 61. | | | | | Buy (add'l) | 07/19/11 | J | | |
| 62.  - Harris Assoc Invt TR Oakmark Equity & Income | | | | | Buy (add'l) | 01/31/11 | J | | |
| 63. | | | | | Sold (part) | 07/13/11 | J | A | |
| 64. | | | | | Buy (add'l) | 07/18/11 | J | | |
| 65.  - Pimco Unconstrained BD Fund CL Institutional | | | | | Buy (add'l) | 07/15/11 | J | | |
| 66.  - JP Morgan TR Strategic Income Oppty SEL CL | | | | | Buy (add'l) | 07/15/11 | J | | |
| 67.  - Loomis Sayles FDS 1 Bond Fund Retail Class | | | | | Sold (part) | 05/05/11 | K | A | |
| 68. | | | | | Buy (add'l) | 05/06/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 07/15/11 | J | | |
| 70. - Matthews Intl FD Asian Growth & Income FD | | | | | Buy (add'l) | 01/04/11 | J | | |
| 71. | | | | | Sold (part) | 07/13/11 | J | A | |
| 72. - Nuveen Tradewinds Global All Cap FD | | | | | Buy (add'l) | 01/04/11 | J | | |
| 73. | | | | | Sold | 07/13/11 | K | A | |
| 74. - WHV International Equity FD CL I | | | | | Buy (add'l) | 01/07/11 | J | | |
| 75. | | | | | Sold (part) | 07/13/11 | J | A | |
| 76. - Pimco FDS Emerging Local BD FD CL P | | | | | Sold | 07/13/11 | J | A | |
| 77. - Pimco Global Multi Asset FD | | | | | Sold (part) | 07/13/11 | J | A | |
| 78. - Templeton Income TR Global Total Return FD | | | | | Buy (add'l) | 07/15/11 | J | | |
| 79. - Vanguard Inflation Protected Securities Fund | | | | | Sold (part) | 07/14/11 | K | A | |
| 80. | | | | | Buy (add'l) | 07/15/11 | J | | |
| 81. - Gabelli Gold Natural Resources | | | | | Sold | 06/15/11 | K | | |
| 82. - Fairholme Funds Inc Focused Income Fund | | | | | Buy | 01/04/11 | K | | |
| 83. | | | | | Buy (add'l) | 07/15/11 | J | | |
| 84. - Federated Strategic Value Dividend Fund | | | | | Buy | 07/15/11 | K | | |
| 85. - Natixis FDS TR 1 Oakmark Intl FD | | | | | Buy | 07/15/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. - Nuveen Invt Trust Tradewinds Value Opptys FD | | | | | Buy | 07/15/11 | J | | |
| 87. - Pimco All Asset Fund Inst CL | | | | | Buy | 07/15/11 | J | | |
| 88. - Federated Prudent Dollarbear FD | | | | | Buy | 07/15/11 | J | | |
| 89. - Nuveen Tradewinds Global All-Cap FD Instl Shs Class | | | | | Buy | 01/04/11 | J | | |
| 90. IRA Account #2 | F | Int./Div. | P1 | T | | | | | |
| 91. - Dominion Res Inc VA New | | | | | Distributed | 06/16/11 | L | | |
| 92. - Centerpoint Energy Inc | | | | | Distributed | 06/16/11 | K | | |
| 93. - Fairholme Fund | | | | | Sold (part) | 07/13/11 | M | F | |
| 94. - Devon Energy Corp New | | | | | Distributed | 06/16/11 | K | | |
| 95. - Exxon Mobil Corp | | | | | Distributed | 06/16/11 | K | | |
| 96. - Dodge & Cox Global Stock Fund | | | | | Sold | 01/28/11 | M | A | |
| 97. - Harris Assoc Invt TR Oakmark Equity & Income Fund | | | | | Buy (add'l) | 07/15/11 | K | | |
| 98. - Market Vector Gold Miners GDX | | | | | Distributed | 06/06/11 | L | | |
| 99. - WHV International Equity FD CL | | | | | Sold (part) | 07/13/11 | L | E | |
| 100. - Vanguard Inflation Protected Securities FD | | | | | Sold | 07/13/11 | M | D | |
| 101. - Intel Corp Intc | | | | | Distributed | 06/16/11 | K | | |
| 102. - Fairholme Funds Inc Focused Income Fund | | | | | Buy (add'l) | 01/24/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 07/15/11 | L | | |
| 104. - JP Morgan TR Strategic Income Oppty SEL CL | | | | | Sold (part) | 07/13/11 | K | | |
| 105. | | | | | Buy (add'l) | 07/15/11 | K | | |
| 106. | | | | | Sold (part) | 09/15/11 | J | | |
| 107. - Loomis Sayles FDS I Bond Fund Retail Class | | | | | Buy (add'l) | 01/24/11 | J | | |
| 108. | | | | | Sold | 05/05/11 | M | | |
| 109. - Matthews Intl FD Asian Growth & Income FD | | | | | Buy (add'l) | 01/24/11 | J | | |
| 110. | | | | | Buy (add'l) | 01/25/11 | J | | |
| 111. - Nuveen Tradewinds Global All Cap FD Instl Sh | | | | | Buy (add'l) | 01/24/11 | M | | |
| 112. | | | | | Buy (add'l) | 01/25/11 | J | | |
| 113. | | | | | Sold (part) | 07/13/11 | M | C | |
| 114. - Pimco FDS Emerging Local BD FD | | | | | Buy (add'l) | 01/24/11 | K | | |
| 115. | | | | | Sold (part) | 07/13/11 | K | B | |
| 116. - Pimco Global Multi Asset FD | | | | | Buy (add'l) | 01/25/11 | M | | |
| 117. | | | | | Sold (part) | 07/13/11 | M | B | |
| 118. - Templeton Income TR Global Total Return FD | | | | | Buy (add'l) | 07/15/11 | K | | |
| 119. | | | | | Sold (part) | 09/15/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Gabelli Gold Natural Resources | | | | | Distributed | 06/16/11 | K | | |
| 121.  - Dodge & Cox Intl Stock FD | | | | | Buy | 01/25/11 | J | | |
| 122. | | | | | Buy (add'l) | 07/15/11 | L | | |
| 123. | | | | | Buy | 07/15/11 | L | | |
| 124.  -Fairholme Funds Inc Allocation FD | | | | | Buy | 07/15/11 | L | | |
| 125.  - Federated Strategic Value Dividend FD | | | | | Buy | 07/15/11 | M | | |
| 126.  - Federated Prudent Dollarbear FD | | | | | Buy | 07/15/11 | L | | |
| 127.  - Harris Assoc Invt TR Oakmark Global Select FD | | | | | Buy | 01/31/11 | L | | |
| 128. | | | | | Sold (part) | 07/13/11 | K | | |
| 129.  - Loomis Sayles Invt TR Bond Class I | | | | | Buy | 05/06/11 | M | | |
| 130. | | | | | Buy | 07/15/11 | L | | |
| 131.  - Natixisfds TR I Oakmark Intl FD | | | | | Buy | 07/15/11 | L | | |
| 132.  - Nuveen Invt Trust Tradewinds Value Opptys | | | | | Buy | 07/15/11 | L | | |
| 133.  - Pimco Unconstrained BD FD CL Institutioual Funds | | | | | Buy | 01/4/11 | M | | |
| 134. | | | | | Buy (add'l) | 01/24/11 | J | | |
| 135. | | | | | Buy (add'l) | 07/15/11 | L | | |
| 136.  - Pimco All Asset Fnd Inst CL | | | | | Buy | 07/15/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Trust Account #12 | D | Int./Div. | N | T | | | | | |
| 138. - Fairholme Fund | | | | | Sold (part) | 07/13/11 | J | C | |
| 139. | | | | | Sold (part) | 09/13/11 | J | | |
| 140. | | | | | Sold (part) | 12/28/11 | K | | |
| 141. - CGM Focus Fund | | | | | Sold (part) | 01/10/11 | K | A | |
| 142. | | | | | Sold | 07/14/11 | J | | |
| 143. - Cisco Systems Inc | | | | | Distributed | 06/16/11 | J | | |
| 144. - Johnson & Johnson | | | | | Distributed | 06/16/11 | J | | |
| 145. - Cadence Design Systems Inc | | | | | Donated (part) | | | | |
| 146. | | | | | Sold (part) | 03/30/11 | K | D | |
| 147. | | | | | Sold | 04/06/11 | J | A | |
| 148. - Microsoft Corp | | | | | Distributed | 06/16/11 | L | | |
| 149. - Oracle Corp | | | | | Sold (part) | 06/15/11 | J | C | |
| 150. | | | | | Sold (part) | 07/13/11 | J | A | |
| 151. | | | | | Sold (part) | 09/13/11 | J | B | |
| 152. - Range Resources Corp | | | | | Distributed | 06/16/11 | K | | |
| 153. - Harris Assoc INVT TR Oakmark Global Seletet FD | | | | | Buy (add'l) | 01/31/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 07/13/11 | J | B | |
| 155. | | | | | Sold (part) | 09/13/11 | J | A | |
| 156. | | | | | Sold (part) | 12/19/11 | J | | |
| 157. - Harris Assoc INVT TR Oakmark Equity & Income FD | | | | | Sold | 07/13/11 | L | E | |
| 158. - WHV International Equity FD | | | | | | | | | |
| 159. - Oppenheimer Limited Term Municipal Fund Class A | | | | | Sold (part) | 07/13/11 | L | | |
| 160. | | | | | Sold (part) | 09/13/11 | K | | |
| 161. - Matthews Intl FD Asian Growth & Income FD | | | | | Buy (add'l) | 07/15/11 | K | | |
| 162. | | | | | Sold (part) | 09/13/11 | J | | |
| 163. | | | | | Sold (part) | 12/28/11 | J | | |
| 164. - Nuveen All American Municipal BD FD | | | | | Sold (part) | 04/05/11 | K | | |
| 165. | | | | | Buy (add'l) | 07/15/11 | K | | |
| 166. | | | | | Sold (part) | 09/13/11 | K | A | |
| 167. - Nuveen Tradewinds Global All-Cap FD Instl Sh | | | | | Sold (part) | 07/13/11 | K | A | |
| 168. | | | | | Sold (part) | 09/13/11 | J | | |
| 169. | | | | | Sold (part) | 12/28/11 | J | | |
| 170. - Vanguard Municipal Bond Fund High Yield Port | | | | | Sold | 04/06/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Fairmolme Funds Inc Allocation Fund | | | | | Buy | 03/04/11 | K | | |
| 172. | | | | | Buy (add'l) | 04/05/11 | L | | |
| 173. | | | | | Sold | 07/13/11 | M | | |
| 174. -Federated Strategic Value Dividend Fund Instl | | | | | Buy | 07/15/11 | J | | |
| 175. | | | | | Sold (part) | 09/13/11 | J | | |
| 176. -Franklin Funds High Yield Tax-Free Inc Fund | | | | | Buy | 07/15/11 | K | | |
| 177. | | | | | Sold (part) | 09/13/11 | K | A | |
| 178. - Natixis FDS TR I Oakmark Intl FD CL A | | | | | Buy | 07/15/11 | J | | |
| 179. | | | | | Sold (part) | 09/13/11 | J | | |
| 180. | | | | | Sold | 12/19/11 | J | | |
| 181. - Nuveen Invt Trust Tradewinds Value Opptys Fund | | | | | Buy | 07/15/11 | J | | |
| 182. | | | | | Sold (part) | 09/13/11 | J | | |
| 183. | | | | | Sold (part) | 12/28/11 | J | | |
| 184. - Pimco All Asset Fnd Inst CL | | | | | Buy | 07/15/11 | J | | |
| 185. | | | | | Sold (part) | 09/13/11 | J | | |
| 186. - Pimco Global Multi-Asset FND | | | | | Buy | 07/18/11 | J | | |
| 187. | | | | | Sold (part) | 09/13/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  - Thornburg Invt TR Income Builder FD | | | | | Buy | 07/15/11 | K | | |
| 189. | | | | | Sold (part) | 09/13/11 | J | | |
| 190.  Springside, LLC (2000 - $300,000) | | None | P1 | W | | | | | |
| 191.  Middletown Professional Properties, LLC, (2004 - $80,925) | E | Rent | O | W | | | | | |
| 192.  Trust #14 | E | Int./Div. | P1 | T | | | | | |
| 193.  - Du Page Cook & Will Cntys IL Bond | | | | | | | | | |
| 194.  - Rhode Island St Economic DV Corp RV Grant | | | | | | | | | |
| 195.  - Oaklahoma Cnty Ok Indpt Sch Dist No 89 | | | | | | | | | |
| 196.  - Milwaukee WI Corp Purp B1 G/O Unltd | | | | | | | | | |
| 197.  - University TX Univ Revs Rfdg Fing Sys | | | | | | | | | |
| 198.  - Gwinnett Cnty GA Sch Dist G/O | | | | | | | | | |
| 199.  - Tennessee ST Ser A G/O | | | | | | | | | |
| 200.  - Maryland St St & Loc FACS LN 2nd Ser G/O | | | | | | | | | |
| 201.  - Cherokee Cnty GA Sch Sys G/O | | | | | | | | | |
| 202.  - Illinois St Toll Hwy Auth Rev SR Priority | | | | | | | | | |
| 203.  - New York St Environmental Facs Corp St | | | | | Sold | 04/15/11 | K | | |
| 204.  - Arizona Brd Regents Univ AZ Sys Rev Ser A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Ambro, Thomas L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - University IL Revs Rfdg Auxiliary Facs Sys | | | | | Buy | 12/14/11 | M | | |
| 206. - Washington ST Ser A G/O Unl TD | | | | | Buy | 04/19/11 | K | | |
| 207. - Las Vegas Wly NV Wtr Dist Rfdg Ser a | | | | | Buy | 04/19/11 | L | | |
| 208. - Utah St Ser C G/O B/E CPN | | | | | Buy | 04/19/11 | L | | |
| 209. - Indiana ST Fin Auth Rev Rfdg ST | | | | | Buy | 04/19/11 | L | | |
| 210. - Connecticut ST HSG Fin Auth | | | | | Buy | 10/19/11 | L | | |
| 211. - Metro Atlanta Rapid Tran Rev Ref | | | | | Buy | 10/20/11 | M | | |
| 212. - Massachusetts St Sch Bldg Auth Dedicated Sales Tax | | | | | Buy | 10/28/11 | M | | |
| 213. - Sprint TX Indpt Sch Dist Ref Schoolhouse Ser A | | | | | Buy | 04/19/11 | K | | |
| 214. - Lower Co Riv Auth TX Transmission Contract RV | | | | | Buy | 11/10/11 | M | | |
| 215. - Dallas TX Area Rapid Tran Sales Tax Rev | | | | | Buy | 11/21/11 | L | | |
| 216. - Missouri St Hwys & Transn Commn ST RD Rev | | | | | Buy | 11/04/11 | L | | |
| 217. - Poway CA Uni Sch Dist Rfdg Sch Facs Impt Dist | | | | | Buy | 10/19/11 | M | | |
| 218. - University WA Univ Revs Rfdg Gen Ser A B/E | | | | | Buy | 09/28/11 | J | | |
| 219. Trust #15 | B | Dividend | M | T | | | | | |
| 220. - Cisco Systems Inc | | | | | Open | 06/16/11 | J | | |
| 221. - Duke Energy Corp | | | | | Open | 06/16/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Johnson & Johnson | | | | | Open | 06/16/11 | J | | |
| 223. - Microsoft Corp | | | | | Open | 06/16/11 | L | | |
| 224. - Oracle Corporation | | | | | Open | 06/16/11 | J | | |
| 225. - Range Resources Corp | | | | | Open | 06/16/11 | K | | |
| 226. - Sandridge Energy Inc | | | | | Buy | 10/13/11 | J | | |
| 227. - The Southern Company | | | | | Open | 06/16/11 | J | | |
| 228. IRA #3 | D | Int./Div. | N | T | | | | | |
| 229. - Centerpoint Energy Inc | | | | | Open | 06/16/11 | K | | |
| 230. - Devon Energy Corp | | | | | Open | 06/16/11 | K | | |
| 231. - Dominion Res Inc VA | | | | | Open | 06/16/11 | L | | |
| 232. - Exxon Mobil Corp | | | | | Open | 06/16/11 | K | | |
| 233. - Intel Corp | | | | | Open | 06/16/11 | K | | |
| 234. - Market Vector Gold Miners | | | | | Open | 06/16/11 | L | | |
| 235. - Supervalu Inc | | | | | Buy | 09/15/11 | J | | |
| 236. - Unified Ser TR Appleseed FD | | | | | Buy | 08/26/11 | J | | |
| 237. - Brown Cap Mgmt Mut FDS Small Co Fund Inv | | | | | Buy | 09/15/11 | J | | |
| 238. - Gamco Glbl Gold Natural Resources & Income TR by Gabelli | | | | | Open | 06/16/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Asset listed in Part VII, Line 191, has rental income from property located in Middletown, DE. This asset was purchased in 2004 for $80,925.

Assets listed in Part VII, Lines 15, 16, & 17 were transferred to Trust #15, lines 221, 223, & 227.

Assets listed in Part VII, Lines 143, 144, 148, 149, & 152 were transferred to Trust #15, lines 220, 222, 223, 224, & 225.

Assets listed in Part VII, Lines 91, 92, 94, 95, 98, 101, & 120 were transferred to IRA #3, lines 229, 230, 231, 232, 233, 234, & 238.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas L. Ambro**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544